1038

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS RAY PARVEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00325-1, Kathleen M. O'Connor, J., entered June 30, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

THE STATE OF WASHINGTON, *Appellant*, v. BORIS PAVLOVICH SHCHERBINA, *Respondent*.
THE STATE OF WASHINGTON, *Appellant*, v. PAVEL P. MAKHANOV, *Respondent*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 00-1-00671-4, 00-1-00669-2, Gregory D. Sypolt, J., entered July 25, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

THE STATE OF WASHINGTON, *Respondent*, v. LESTER ENGLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-05276-9, Brian M. Tollefson, J., entered April 30, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Houghton and Bridgewater, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY TOOTOOSIS-DIDIER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00629-9, James E. Warme, J., entered September 30, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Seinfeld, J.